# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                §
                                       §
FREDERICK, CHRISTOPHER                 §    Case No. 12-16169
FREDERICK, JAIME                       §
                                       §
                                       §
            Debtor(s)                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on        . The undersigned trustee was appointed on        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BARRY A. CHATZ_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: 12-16169   WER   Judge: EUGENE R. WEDOFF | Trustee Name: BARRY A. CHATZ |
| Case Name: FREDERICK, CHRISTOPHER | Date Filed (f) or Converted (c): 04/20/12 (f) |
| FREDERICK, JAIME | 341(a) Meeting Date: 06/26/12 |
| For Period Ending: 10/29/14 | Claims Bar Date: 01/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 200.00 | 200.00 | | 0.00 | FA |
| 2. Financial Accounts | 200.00 | 200.00 | | 0.00 | FA |
| 3. Financial Accounts | 450.00 | 450.00 | | 0.00 | FA |
| 4. Financial Accounts | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. PREFERENCE SETTLEMENT (u) INSTALLMENT PAYMENT #1 OF 3 | 0.00 | 15,000.00 | OA | 15,000.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. OTHER CONTINGENT AND UNLIQUIDATED C LOAN WITH ORGANIC LOOMS | 36,000.00 | 0.00 | | 0.00 | FA |
| 11. IRA, KEOGH, PENSION INVESCO IRA | 8,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $51,950.00 | $16,850.00 | | $15,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTORS' DISCHARGE REVOKED; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/14   Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-16169 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | FREDERICK, CHRISTOPHER | | Bank Name: | BANK OF NEW YORK MELLON |
| | FREDERICK, JAIME | | Account Number / CD #: | *******9415 Checking Account |
| Taxpayer ID No: | *******0341 | | | |
| For Period Ending: | 10/29/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/13 | 8 | CHRISTOPHER FREDERICK | | 1241-000 | 5,000.00 | | 5,000.00 |
| 09/06/13 | 8 | CHRISTOPHER FREDERICK | PREFERENCE SETTLEMENT | 1241-000 | 5,000.00 | | 10,000.00 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 12.22 | 9,977.78 |
| 10/11/13 | 8 | CHRISTOPHER FREDERICK | | 1241-000 | 5,000.00 | | 14,977.78 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 18.91 | 14,958.87 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.52 | 14,937.35 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.21 | 14,915.14 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 12.28 | 14,902.86 |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.18 | 14,880.68 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 19.99 | 14,860.69 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.09 | 14,838.60 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.35 | 14,817.25 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.03 | 14,795.22 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.29 | 14,773.93 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.97 | 14,751.96 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.93 | 14,730.03 |

Page Subtotals        15,000.00        269.97

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 12-16169 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | FREDERICK, CHRISTOPHER | Bank Name: | BANK OF NEW YORK MELLON |
|  | FREDERICK, JAIME | Account Number / CD #: | *******9415 Checking Account |
| Taxpayer ID No: | *******0341 |  |  |
| For Period Ending: | 10/29/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 15,000.00 | 269.97 | 14,730.03 |
|  |  |  | Less: Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 15,000.00 | 269.97 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 15,000.00 | 269.97 |  |
|  |  |  | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  |  |  | Checking Account - ********9415 |  | 15,000.00 | 269.97 | 14,730.03 |
|  |  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  |  |  |  | 15,000.00 | 269.97 | 14,730.03 |
|  |  |  |  |  | ============== | ============== | ============== |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 29, 2014 |

Case Number: 12-16169  
Debtor Name: FREDERICK, CHRISTOPHER  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $2,250.00 | $2,250.00 |
| 001<br>2200-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $95.75 | $95.75 |
| 001<br>3210-00 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $6,548.50 | $6,548.50 |
| 001<br>2700-00 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $293.00 | $293.00 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $12.28 | $12.28 |
| 000001<br>070<br>7100-00 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $12,931.91 | $12,931.91 |
| 000002<br>070<br>7100-00 | AMERICAN INFOSOURCE-MIDLAND FUND<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Unsecured | | $0.00 | $18,105.48 | $18,105.48 |
| 000003<br>070<br>7100-00 | AMERICAN FUNDING GROUP LLC<br>CONSUMER LAW GROUP, LLC<br>C/O AMERICAN FUNDING GROUP, LLC<br>6232 N. PULASKI, STE. 200<br>CHICAGO IL 60646 | Unsecured | | $0.00 | $768,918.33 | $768,918.33 |
| 000004<br>070<br>7100-00 | PYOD, LLC FOR FNBM<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $617.93 | $617.93 |
| 000005<br>070<br>7100-00 | JPMORGAN CHASE BANK, N.A.<br>C/O FIVE LAKES AGENCY, INC.<br>P.O. BOX 80730<br>ROCHESTER, MI 48308-0730 | Unsecured | | $0.00 | $136,474.00 | $136,474.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 29, 2014 |

Case Number:   12-16169                                           Claim Class Sequence
Debtor Name:   FREDERICK, CHRISTOPHER

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $946,247.18 | $946,247.18 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

Case 12-16169   Doc 48   Filed 10/30/14   Entered 10/30/14 12:05:37   Desc Main
Document      Page 8 of 10

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-16169
Case Name: FREDERICK, CHRISTOPHER
    FREDERICK, JAIME
Trustee Name: BARRY A. CHATZ

Balance on hand                                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ | $ | $ |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | USAA FEDERAL SAVINGS BANK | $ | $ | $ |
| 000002 | AMERICAN INFOSOURCE-MIDLAND FUND | $ | $ | $ |
| 000003 | AMERICAN FUNDING GROUP LLC | $ | $ | $ |
| 000004 | PYOD, LLC FOR FNBM | $ | $ | $ |
| 000005 | JPMORGAN CHASE BANK, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE