UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
FREDERICK, CHRISTOPHER                    §      Case No. 12-16169
FREDERICK, JAIME                          §
                                          §
          Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          KENNETH S. GARDNER
          CLERK OF THE COURT

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, November 25, 2014 in Courtroom 744, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2014                   By: /s/ Barry A. Chatz, Trustee
                                                  Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 12-16169-ERW
Christopher Frederick                                         Chapter 7
Jaime Frederick
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1         User: froman              Page 1 of 2        Date Rcvd: Oct 31, 2014
                             Form ID: pdf006           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2014.
db/jdb        +Christopher Frederick,    Jaime Frederick,    917 W Washington Apr 154,    Chicago, IL 60607-2203
18803723       ACI Recovery,    2420 Sweet Home Rd.,    Suite 150,    Amherest, NY 14228-2244
18803724      +American Funding Group LLC,    c/o George J. Tagler,    100 N. LaSalle., Suite 820,
               Chicago, IL 60602-2418
19076994      +American Funding Group LLC,    Consumer Law Group, LLC,    c/o American Funding Group, LLC,
               6232 N. Pulaski, Ste. 200,    Chicago IL 60646-5132
18803726      +Bank Of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
18803727      +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18803729      +Bk Of Amer,    450 American St,    Simi Valley, CA 93065-6285
18803730      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18803732       Countrywide Home Loans,    c/o Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
18803734      +Creditone Llc,    Po Box 625,    Metairie, LA 70004-0625
18803735      +Echelon Recovery Services,    P.O. Box 1880,    Voorhees, NJ 08043-7880
18803736      +First American Bank,    c/o Crowley & Lamb, P.C.,    350 N. LaSalle St., Suite 900,
               Chicago, IL 60654-5136
18803737      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
20239394       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
               Rochester, MI  48308-0730
18803742       PBC,    9675 Elk Grove-Florin Road,    Elk Grove, CA 95624
18803743      +Richard and Patricia Zoller,    9312 S. Hoyne,    Chicago, IL 60643-6305
18803744      +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
18803745      +The Golding Law Offices,    500 N. Dearborn,    2nd Floor,    Chicago, IL 60654-3300
18803746      +Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265-7504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19614912       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2014 01:43:08
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
20730405       E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2014 01:37:56      Capital Retail Bank,
               (LOWES BRC),    Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
18803733      +E-mail/Text: creditonebknotifications@resurgent.com Nov 01 2014 01:32:28      Credit One Bank,
               Po Box 98873,    Las Vegas, NV 89193-8873
18803738      +E-mail/Text: bankruptcy@huntington.com Nov 01 2014 01:33:29      Huntington Natl Bk,
               Po Box 89424,    Cleveland, OH 44101-6424
18829068       E-mail/Text: ECF@SHERMETA.COM Nov 01 2014 01:33:49      JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
18803739      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2014 01:33:31      Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
18803740      +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 01 2014 01:34:04
               NCO Financial Systems, Inc.,    PO Box 15630,    Dept 02,    Wilmington, DE 19850-5630
19751022      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2014 01:40:42
               PYOD, LLC its successors and assigns as assignee,    of FNBM,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
19607219      +E-mail/Text: bncmail@w-legal.com Nov 01 2014 01:33:48      USAA FEDERAL SAVINGS BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18803728*     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18803731*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18803725     ##+Aurora Loan Services,    Attn: Bankruptcy Dept.,    2617 College Park,
               Scottsbluff, NE 69361-2294
19354306     ##+Neal Salmen,    4575 Dean Martin Dr.,    Unit 1606,    Las Vegas, NV 89103-8207
18803741      ##Ocwen Loan Servicing,    PO Box 785056,    Orlando, FL 32878-5056
                                                                                   TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: froman              Page 2 of 2              Date Rcvd: Oct 31, 2014
                               Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2014 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Ernesto D Borges    on behalf of Defendant Christopher  Frederick notice@billbusters.com,
               billbusters@bestclientinc.com;BorgesLawOffices@gmail.com;BillBusters@ecf.inforuptcy.com
              Ernesto D Borges    on behalf of Defendant Jaime  Frederick notice@billbusters.com,
               billbusters@bestclientinc.com;BorgesLawOffices@gmail.com;BillBusters@ecf.inforuptcy.com
              Ernesto D Borges    on behalf of Debtor Christopher  Frederick notice@billbusters.com,
               billbusters@bestclientinc.com;BorgesLawOffices@gmail.com;BillBusters@ecf.inforuptcy.com
              Ernesto D Borges    on behalf of Joint Debtor Jaime  Frederick notice@billbusters.com,
               billbusters@bestclientinc.com;BorgesLawOffices@gmail.com;BillBusters@ecf.inforuptcy.com
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern    on behalf of Plaintiff Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Martin A. Lear    on behalf of Joint Debtor Jaime  Frederick notice@billbusters.com,
               billbusters@bestclientinc.com;BillBusters@ecf.inforuptcy.com
              Martin A. Lear    on behalf of Debtor Christopher  Frederick notice@billbusters.com,
               billbusters@bestclientinc.com;BillBusters@ecf.inforuptcy.com
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Norman  Hanfling    on behalf of Defendant    Organic Looms, LLC normanhanfling@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Valentin T Narvaez    on behalf of Creditor    American Funding Group, LLC vnarvaez@yourclg.com,
               attorneys@yourclg.com;lguerrero@yourclg.com
              Valentin T Narvaez    on behalf of Plaintiff    American Funding Group, LLC vnarvaez@yourclg.com,
               attorneys@yourclg.com;lguerrero@yourclg.com
                                                                                             TOTAL: 15
```