UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
FREDERICK, CHRISTOPHER § Case No. 12-16169
FREDERICK, JAIME §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/BARRY A. CHATZ _____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Funding Group LLC c/o George J. Tagler 100 N. LaSalle., Suite 820 Chicago, IL 60602 | | | | | |
| | Aurora Loan Services Attn: Bankruptcy Dept. 2617 College Park Scottsbluff, NE 69361 | | | | | |
| | Bank Of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 | | | | | |
| | Bk Of Amer 450 American St Simi Valley, CA 93065 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Countrywide Home Loans c/o Bank of America P.O. Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Credit One Bank Po Box 98873 Las Vegas, NV 89193 | | | | | |
| | Creditone Llc Po Box 625 Metairie, LA 70004 | | | | | |
| | Echelon Recovery Services P.O. Box 1880 Voorhees, NJ 08043 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First American Bank c/o Crowley & Lamb, P.C. 350 N. LaSalle St., Suite 900 Chicago, IL 60654 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Huntington Natl Bk Po Box 89424 Cleveland, OH 44101 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | NCO Financial Systems, Inc. PO Box 15630 Dept 02 Wilmington, DE 19850 | | | | | |
| | Ocwen Loan Servicing PO Box 785056 Orlando, FL 32878-5056 | | | | | |
| | PBC 9675 Elk Grove-Florin Road Elk Grove, CA 95624 | | | | | |
| | Richard and Patricia Zoller 9312 S. Hoyne Chicago, IL 60643 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | | | | |
| | The Golding Law Offices 500 N. Dearborn 2nd Floor Chicago, IL 60654 | | | | | |
| | Usaa Savings Bank Po Box 47504 San Antonio, TX 78265 | | | | | |
| 000003 | AMERICAN FUNDING GROUP LLC | | | | | |
| 000002 | AMERICAN INFOSOURCE- MIDLAND FUND | | | | | |
| 000005 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000004 | PYOD, LLC FOR FNBM | | | | | |
| 000001 | USAA FEDERAL SAVINGS BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-16169 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | FREDERICK, CHRISTOPHER | | | Date Filed (f) or Converted (c): | 04/20/12 (f) |
| | FREDERICK, JAIME | | | 341(a) Meeting Date: | 06/26/12 |
| For Period Ending: | 01/23/15 | | | Claims Bar Date: | 01/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 200.00 | 200.00 | | 0.00 | FA |
| 2. Financial Accounts | 200.00 | 200.00 | | 0.00 | FA |
| 3. Financial Accounts | 450.00 | 450.00 | | 0.00 | FA |
| 4. Financial Accounts | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. PREFERENCE SETTLEMENT (u) INSTALLMENT PAYMENT #1 OF 3 | 0.00 | 15,000.00 | OA | 15,000.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. OTHER CONTINGENT AND UNLIQUIDATED C LOAN WITH ORGANIC LOOMS | 36,000.00 | 0.00 | | 0.00 | FA |
| 11. IRA, KEOGH, PENSION INVESCO IRA | 8,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $51,950.00 | $16,850.00 | $15,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTORS' DISCHARGE REVOKED; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 18.03b

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-16169 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | FREDERICK, CHRISTOPHER | Bank Name: | BANK OF NEW YORK MELLON |
| | FREDERICK, JAIME | Account Number / CD #: | *******9415 Checking Account |
| Taxpayer ID No: | *******0341 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/13 | 8 | CHRISTOPHER FREDERICK | | 1241-000 | 5,000.00 | | 5,000.00 |
| 09/06/13 | 8 | CHRISTOPHER FREDERICK | PREFERENCE SETTLEMENT | 1241-000 | 5,000.00 | | 10,000.00 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 12.22 | 9,977.78 |
| 10/11/13 | 8 | CHRISTOPHER FREDERICK | | 1241-000 | 5,000.00 | | 14,977.78 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 18.91 | 14,958.87 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.52 | 14,937.35 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.21 | 14,915.14 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 12.28 | 14,902.86 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.18 | 14,880.68 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 19.99 | 14,860.69 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.09 | 14,838.60 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.35 | 14,817.25 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 22.03 | 14,795.22 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.29 | 14,773.93 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.97 | 14,751.96 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 21.93 | 14,730.03 |
| 11/25/14 | 300002 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Trustee Compensation Pursuant to 11/25/14 court order | 2100-000 | | 2,250.00 | 12,480.03 |
| 11/25/14 | 300003 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Trustee Expenses PURSUANT TO 11/25/14 COURT ORDER | 2200-000 | | 95.75 | 12,384.28 |
| 11/25/14 | 300004 | GREGORY K. STERN, P.C. | Attorney for Trustee Fees (Other Fi | 3210-000 | | 6,304.00 | 6,080.28 |

Page Subtotals: 15,000.00    8,919.72

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-16169 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | FREDERICK, CHRISTOPHER | | Bank Name: | BANK OF NEW YORK MELLON |
| | FREDERICK, JAIME | | Account Number / CD #: | *******9415 Checking Account |
| Taxpayer ID No: | *******0341 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | PURSUANT TO 11/25/14 COURT ORDER | | | | |
| 11/25/14 | 300005 | CLERK OF THE U.S. BANKRUPTCY COURT 219 SOUTH DEARBORN STREET CHICAGO, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 5,787.28 |
| 11/25/14 | 300006 | USAA FEDERAL SAVINGS BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000001, Payment 0.62% | 7100-000 | | 79.87 | 5,707.41 |
| 11/25/14 | 300007 | AMERICAN INFOSOURCE-MIDLAND FUND PO BOX 268941 OKLAHOMA CITY, OK 73126-8941 | Claim 000002, Payment 0.62% | 7100-000 | | 111.82 | 5,595.59 |
| 11/25/14 | 300008 | AMERICAN FUNDING GROUP LLC CONSUMER LAW GROUP, LLC C/O AMERICAN FUNDING GROUP, LLC 6232 N. PULASKI, STE. 200 CHICAGO IL 60646 | Claim 000003, Payment 0.62% (3-1) MONEY LOANED (3-1) MODIFIED ON 11/8/12 TO CORRECT CREDITOR ADDRESS (NM) | 7100-000 | | 4,748.90 | 846.69 |
| 11/25/14 | 300009 | United States Bankruptcy Court | Claim 000004, Payment 0.62% PYOD, LLC FOR FNBM RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | 7100-000 | | 3.82 | 842.87 |
| 11/25/14 | 300010 | JPMORGAN CHASE BANK, N.A. C/O FIVE LAKES AGENCY, INC. P.O. BOX 80730 ROCHESTER, MI 48308-0730 | Claim 000005, Payment 0.62% (5-1) DEFICIENCY BALANCE ON A MORTGAGE (5-1) 3730 | 7100-000 | | 842.87 | 0.00 |

Page Subtotals 0.00 6,080.28

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-16169 |
| Case Name: | FREDERICK, CHRISTOPHER |
| | FREDERICK, JAIME |
| Taxpayer ID No: | *******0341 |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******9415 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,000.00 | 15,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,000.00 | 15,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - ********9415 | | 15,000.00 | 15,000.00 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 15,000.00 | 15,000.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*